FILED

10/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0368

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0368

STATE OF MONTANA,

 Plaintiff and Appellee,

v.

THOMAS WILLIAM SIGEA,

 Defendant and Appellant.

## ORDER

 Upon consideration of Appellant's motion to voluntarily dismiss appeal and good cause appearing,

 IT IS HEREBY ORDERED that Appellant's appeal in the above matter is hereby DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 27 2021